Brian Kimsey, DC#119677
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083-1000

Mailed from a State
Correctional Institution



U.S. POSTAGE PITNEY BOWES
ZIP 32083 $ 001.80
02 4W
0000376785 MAY 24 2021

Office of the Honorable Clerk
United States District Court
Jacksonville Division
300 N. Hogan Street, Suite 9-150
Jacksonville, Florida 32202-4291

LEGAL MAIL