UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRIAN KIMSEY,

        Plaintiff,

v.                                     Case No. 3:21-cv-536-MMH-JRK

CENTURION OF FLORIDA, LLC, et al.,

        Defendants.

_____

## **ORDER**

    Plaintiff initiated this action by filing a pro se Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1) but has not paid the filing fee or filed a request to proceed in forma pauperis. Thus, by **July 2, 2021**, Plaintiff shall complete and file an Affidavit of Indigency, and as directed on the Affidavit, he shall include a copy of his prison account statement for the six months preceding the filing of the Complaint. Alternatively, he may pay the $402 filing fee. Failure to submit either a completed Affidavit of Indigency or the filing fee may result in the dismissal of this action.

The Court directs the **Clerk** to mail Plaintiff an Affidavit of Indigency form.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of May, 2021.

James R. Klindt

JAMES R. KLINDT
United States Magistrate Judge

caw 5/28
c:
Brian Kimsey, #119677

2